Index # 08 cv 5913
Purchased/Filed: June 30, 2008

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York          U. S. District Court          Southern Dist. County

Eric Borg                                                                 Plaintiff

against

86th & 3rd Owner, LLC, Bovis Lend Lease LMB, Inc. and Del Savio Construction Corp.    Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY       )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: 45 yrs
Weight: 155 Lbs    Height: 5'5    Sex: Female    Color of skin: White
Hair color: Blonde    Other: _____

_____Robin Brandow_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 3, 2008_____, at __12:30 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed __Summons in a Civil Action, Complaint, Judge's Indiv. Rules and Electronic Case Filing Rules & Instructions__ on _____Del Savio Construction Corp._____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __BUSINESS CORPORATION LAW §306__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

3rd day of _____July, 2008_____

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2011

Robin Brandow

Invoice•Work Order # 0812699