AUG 20 '08 10:17   FROM:BARASCH MCGARRY           2123857845           T-326  P.03/03  F-010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC BORG,

                          Plaintiff,

    - against -

86TH & 3RD OWNER, LLC, BOVIS LEND LEASE LMB,
INC., and DEL SAVIO CONSTRUCTION CORP.,

                          Defendants.

SUBSTITUTION OF ATTORNEY

08 Civ. 5913

IT IS HEREBY STIPULATED, AGREED and CONSENTED to by and between the undersigned that SACKS AND SACKS, LLP, 150 Broadway, 4th Floor, New York, NY 10038 be substituted in place and stead of BARASCH MCGARRY SALZMAN & PENSON, 11 Park Place, Suite 1801, New York, New York 10007 as attorney for plaintiff, Eric Borg.

Dated:   New York, New York
          August 20 2008

KENNETH SACKS, ESQ.
SACKS AND SACKS, LLP
Incoming Attorneys for Plaintiff
150 Broadway, 4th Floor
New York, New York 10038
(212) 964-5570

BARASCH MCGARRY SALZMAN & PENSON
Outgoing Attorneys for Plaintiff
11 Park Place, Suite 1801
New York, New York 10007
(212) 385-8000

So Ordered

Hon. Richard J. Holwell

8/25/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08


RECEIVED AUG 20 2008 CHAMBERS OF RICHARD J. HOLWELL