UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

ERIC BORG, : 08 Civ. 05913 (RJH)
:
                Plaintiff, :
:
     -against- : **ORDER**
:
86TH 3RD AVENUE :
:
:
:
                Defendant. :
:
-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/09
```

      The pretrial conference presently scheduled for September 01, 2009 is adjourned to September 15, 2009, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.


Dated: New York, New York
August 03, 2009
SO ORDERED:

                                      /s/ Richard J. Holwell
                                      Richard J. Holwell
                                      United States District Judge